UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14563
    TINA M WRIGHT
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1018

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/08/2006 and was confirmed 04/11/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 05/23/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COOK COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | CURRENT MORTG | .00 | .00 | .00 |
| WILSHIRE CREDIT CORPORAT | MORTGAGE ARRE | 1100.00 | .00 | .00 |
| ACCOUNT RECOVERY SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 689.87 | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CBUSASEARS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | 100.00 | .00 | .00 |
| CITI CARDS | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 604.11 | .00 | .00 |
| DELL FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MACYS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| GEMB FILENES | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| GEMB/WALMART | UNSECURED | NOT FILED | .00 | .00 |
| HRS/FILNBMNT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| HSBC/FILNS | UNSECURED | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 06 B 14563 TINA M WRIGHT

```
HSBC/FILNS                UNSECURED     NOT FILED              .00              .00
HSBC/RS                   UNSECURED     NOT FILED              .00              .00
HSBC/RS                   UNSECURED     NOT FILED              .00              .00
FEDERATED RTL/MARSHALL F  UNSECURED       111.91              .00              .00
NICOR GAS                 UNSECURED     NOT FILED              .00              .00
PEOPLES GAS & LIGHT       UNSECURED     NOT FILED              .00              .00
PROVIDIAN                 UNSECURED     NOT FILED              .00              .00
RNB-FIELDS3               UNSECURED     NOT FILED              .00              .00
RNB-FIELDS3               UNSECURED     NOT FILED              .00              .00
AT & T BANKRUPCTY         UNSECURED     NOT FILED              .00              .00
SHELL/CITI                UNSECURED     NOT FILED              .00              .00
SPIEGEL                   UNSECURED     NOT FILED              .00              .00
SPIEGEL CHARGE            UNSECURED     NOT FILED              .00              .00
TARGET                    UNSECURED     NOT FILED              .00              .00
TARGET                    UNSECURED     NOT FILED              .00              .00
CITI BP OIL               UNSECURED     NOT FILED              .00              .00
COUNTRYWIDE HOME LOANS    SECURED NOT I       .00              .00              .00
ROBERT V SCHALLER ^       DEBTOR ATTY   1,940.00                          1,940.00
TOM VAUGHN                TRUSTEE                                           128.23
DEBTOR REFUND             REFUND                                           943.77
```

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------

                          RECEIPTS          DISBURSEMENTS
-----------------------------------------------------------------------

TRUSTEE                   3,012.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                  1,940.00
TRUSTEE COMPENSATION                              128.23
DEBTOR REFUND                                     943.77
                       ---------------    ---------------
TOTALS                    3,012.00           3,012.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                         /s/ Tom Vaughn
   Dated: 02/26/08       _____

                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE